**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03259-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ANTONIA RIVERA KARASIK,

      Plaintiff,

v.

GLADYS INCLE,
JAZMIN AIDA FERNANDEZ KARASIK,
ARNOLD KARASIK,
CYNTHIA MARIE GONZALE,
DEORAH ANN SEPULVEDA, and
ADAM COOGAN,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Antonia Rivera Karasik is named as the Plaintiff on the first page of the

Complaint form.  On the second page of the Complaint form the address for Plaintiff

indicates she lives in Lutz, Florida.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this Order.  Ms. Karasik will be directed to cure the following if

she wishes to pursue her claims.  Any papers that Ms. Karasik files in response to this

Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___      is not submitted
(2)   ___      is not on proper form (must use the Court's current form)
(3)   ___      is missing original signature by Plaintiff
(4)   ___      is missing affidavit
(5)   ___      affidavit is incomplete
(6)   ___      affidavit is not notarized or is not properly notarized
(7)   ___      names in caption do not match names in caption of complaint, petition or

application

(8)    X    other: <u>Is signed by a person other than named Plaintiff</u>

**Complaint or Petition**:

(9)    __    is not submitted

(10)    __    is not on proper form (must use the court's current form)

(11)    __    is missing an original signature by the Plaintiff

(12)    __    is incomplete

(13)    __    uses et al. instead of listing all parties in caption

(14)    __    names in caption do not match names in text

(15)    __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(16)    X    other: <u>Is signed by a person other than named Plaintiff.  Also complaint form does not include the statutory authority for this action on Page Two under the Jurisdiction section of the Complaint form</u>.

Accordingly, it is

ORDERED that Ms. Karasik cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Ms. Karasik files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Ms. Karasik shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Ms. Karasik fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 18, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge