IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03259-LTB

ANTONIA RIVERA KARASIK,

    Plaintiff,

v.

GLADYS INCLE,
JAZMIN AIDA FERNANDEZ KARASIK,
ARNOLD KARASIK,
CYNTHIA MARIE GONZALE,
DEORAH ANN SEPULVEDA, and
ADAM COOGAN,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 26, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 26 day of February, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ S. Grimm
                          Deputy Clerk